JEFF POOLE
**HAMRICK & EVANS, LLP**
2600 West Olive Avenue, Suite 1020
Burbank, CA 91505
Telephone: (818) 763-5292
Facsimile: (818) 763-2308
Email: jpoole@hamricklaw.com

Attorneys for Defendant
DNF ASSOCIATES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARRIET GATCHALIAN**, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>**ATLANTIC RECOVERY SOLUTIONS, LLC; ZACHARIAH YAHIA AGA; DNF ASSOCIATES, LLC**<br><br>Defendants. | Case No.:<br><br>**DEFENDANT DNF ASSOCIATES, LLC'S NOTICE OF REMOVAL** |

Defendant DNF Associates, LLC ("Defendant"), by filing this Notice of Removal and related papers, hereby removes the above-entitled action from the Superior Court of Santa Clara County, State of California, to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

In support of the Notice of Removal, Defendant asserts the following:

1.  On June 13, 2022, Defendant was served with a Complaint related to an action filed in the Superior Court of Santa Clara County, State of California.

2.  The above-referenced Complaint was filed on June 6, 2022.

3.  In the Complaint, Plaintiff alleges that she is a resident of Santa Clara County, California.

4. Defendant is a New York limited liability company with a principal place of business in the State of New York.

5. Defendant desires to exercise its right to remove the state court action under 28 U.S.C. § 1441(a), which provides in pertinent part:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

6. Plaintiff's Complaint expressly asserts a cause of action pursuant the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* ("FDCPA").

7. Given the allegations in the Complaint that the Defendant violated the FDCPA, this Court, pursuant to 28 U.S.C. § 1331, has subject matter jurisdiction over the allegations in the Complaint.

8. Thus, the state court action may be removed to this Court by Defendant in accordance with the provisions of 28 U.S.C. § 1441(a) because this is a civil action pending within the jurisdiction of the United States District Court for the Northern District of California and because the allegations made by Plaintiff allege violations of the FDCPA.

9. Notice of removal is being filed within 30 days after service of the Complaint upon Defendant and is thus timely pursuant to 28 U.S.C. § 1446(b).

10. Pursuant to 28 U.S.C. § 1441(a), venue is proper because Santa Clara County lies within the Northern District of California.

11. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint served upon Defendant in the state court action is attached hereto as **Exhibit A**.

12. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is contemporaneously being filed with the Superior Court of Santa Clark County and

1  served upon Plaintiff. By serving a copy of this Notice of Removal upon Plaintiff,
2  Defendant is giving Plaintiff proper notice of this removal.

3       13.    Defendants Atlantic Recovery Solutions, LLC and Zachariah Yahia Aga
4  consent to removal. **Exhibit B**.

5       14.    Defendant reserves the right to amend or supplement this Notice of
6  Removal and further reserves the right to raise all defense and objections.

7       WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant
8  removes this action in its entirety from the Superior Court of the State of California,
9  County of Santa Clara, to the United States District Court for the Northern District
10 of California.

11 DATED:    July 13, 2022

12                               Respectfully submitted,

13                               */s/ Jeff Poole*
14                               Jeff Poole, Esq.
                               Attorneys for Defendant
15                               DNF Associates, LLC

16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I certify and state that I am now and at all times herein mentioned was, a citizen of the United States, over the age of eighteen (18) years, a resident of the County of Los Angeles, and not a party to the within action or cause.  My business address is Hamrick & Evans, LLP, 2600 West Olive Avenue, Suite 1020, Burbank, California 91505.

I hereby certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I further certify that on July 13, 2022, I served copies of the attached:

**DEFENDANT DNF ASSOCIATES, LLC'S NOTICE OF REMOVAL**

on the parties in said action as follows:

☒ **BY REGULAR MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices.  Said document(s) will be deposited with United States Post Office mail box at Burbank, California, addressed as follows:

> Fred W. Schwinn
> Raeon R. Roulston
> Matthew C. Salmonsen
> CONSUMER LAW CENTER, INC.
> 38 West Santa Clara Street
> San Jose, California 95113-1806

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY ELECTRONIC MAIL:** On the above-mentioned date, from Burbank, California, I caused each such document to be transmitted electronically to the party(ies) at the e-mail address(es) indicated below.  To the best of my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

☒ (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on July 13, 2022, at Burbank, California.

> */s/ Heather Martindale*
> Heather Martindale

**DEFENDANT'S NOTICE OF REMOVAL**