# EXHIBIT "B"

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

7

8   **HARRIET GATCHALIAN**, on behalf          )          Case No.:
    of herself and all others similarly situated  )
9                                                 )
                                                  )
10           Plaintiff,                           )
                                                  )
11   vs.                                          )
                                                  )
12   **ATLANTIC RECOVERY SOLUTIONS,**            )
     **LLC'S; ZACHARIAH YAHI AGA;**              )
13   **DNF ASSOCIATES, LLC**                      )
                                                  )
14           Defendants.                          )

15   **DEFENDANTS ATLANTIC RECOVER SOLUTIONS, LLC &**
16   **ZACHARIAH YAHI AGA'S CONSENT TO REMOVAL**

17   Without waiving any of their defenses or any other rights, Defendants Atlantic

18
19   Recovery Solutions, LLC and Zachariah Yahi Aga hereby consent to the removal of

20   the action, *Harriet Gatchalian v. Atlantic Recovery Solutions, LLC, et al.*, Case No.:

21   22CV398921, from the Superior Court, Santa Clara County, California to this Court.
22
23   Dated: July 12, 2022

24   **ATLANTIC RECOVERY**                      **ZACHARIAH YAHI AGA**
     **SOLUTIONS, LLC**
25
26
27   Zachariah Yahi Aga,                        Zachariah Yahi Aga
28   Chief Executive Officer

- 1 -