Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
38 West Santa Clara Street
San Jose, California  95113-1806
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
HARRIET GATCHALIAN

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRIET GATCHALIAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC RECOVERY SOLUTIONS, LLC, a New York limited liability company; ZACHARIAH YAHIA AGA, individually and in his official capacity; DNF ASSOCIATES, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:22-cv-04108-JSC<br><br>**NOTICE OF MOTION AND MOTION TO REMAND**<br><br>**[28 U.S.C. § 1447(c)]**<br><br>Hearing Date:          September 1, 2022<br>Hearing Time:          9:00 a.m.<br>Hearing Judge:         Jacqueline Scott Corley<br>Hearing Courtroom: 8, 19th floor<br>Hearing Location:    450 Golden Gate Avenue<br>                                  San Francisco, California |

TO:  ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 1, 2022, at 9:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Jacqueline Scott Corley, in Courtroom 8 of the United States District Court, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiff, HARRIET GATCHALIAN ("Plaintiff"), will move the Court for an Order remanding this case to the Superior Court of California, County of Santa Clara.

This motion is made pursuant to 28 U.S.C. § 1447(c) and L.R. 7-2 on the ground that this Court lacks subject matter jurisdiction to hear this case and Defendant, DNF ASSOCIATES, LLC, improperly

removed this action to federal court. Defendant removed this action on the grounds of federal question jurisdiction. Defendant's assertion that there is federal question jurisdiction under 28 U.S.C. § 1331 must fail as there is no Article III standing for Plaintiff's claims and therefore the claims should be remanded.

This motion is based on this <u>Notice of Motion and Motion to Remand</u>, the <u>Memorandum of Points and Authorities in Support of Motion to Remand</u>, and such other evidence, argument, and authorities which may be presented at or prior to the hearing before this Court on this Motion, and such other and further matters of which this Court may take judicial notice.

Please govern yourself accordingly.

Dated: <u>July 19, 2022</u>

CONSUMER LAW CENTER, INC.

By: _____
☐ Fred W. Schwinn (SBN 225575)
☐ Raeon R. Roulston (SBN 255622)
☐ Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
38 West Santa Clara Street
San Jose, California 95113-1806
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
HARRIET GATCHALIAN