Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
38 West Santa Clara Street
San Jose, California 95113-1806
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
HARRIET GATCHALIAN

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRIET GATCHALIAN, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>ATLANTIC RECOVERY SOLUTIONS, LLC, a New York limited liability company; ZACHARIAH YAHIA AGA, individually and in his official capacity; DNF ASSOCIATES, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 3:22-cv-04108-JSC<br><br>**NOTICE OF HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION**<br><br>**[Fed. R. Civ. P. 23]**<br><br>Hearing Date:       September 28, 2023<br>Hearing Time:       10:00 a.m.<br>Hearing Judge:      Jacqueline Scott Corley<br>Hearing Courtroom:  8, 19th floor<br>Hearing Location:   450 Golden Gate Avenue<br>                    San Francisco, California |

PLEASE TAKE NOTICE that on September 28, 2023, at 9:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Jacqueline Scott Corley, in Courtroom 8 of the United States District Court, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiff, HARRIET GATCHALIAN, on behalf of herself and Defendants, ATLANTIC RECOVERY SOLUTIONS, LLC; ZACHARIAH YAHIA AGA; and DNF ASSOCIATES, LLC (collectively "the parties"), will and hereby does move the Court, pursuant to Fed. R. Civ. P. 23, for an Order: (1) provisionally certifying a Class for settlement purposes only; (2) preliminarily approving the class action settlement embodied in the parties' Settlement Agreement; (3) granting approval of the form and method of the Notice and

establishing deadlines for the Settlement Administrator, American Legal Claim Services, LLC ("ALCS"), to distribute the Notice and for Class Members to return their Requests for Exclusion or objections to the Settlement Agreement; (4) setting a deadline for Plaintiff to file a Motion for Final Approval and setting a date convenient for the Court for the Final Fairness Hearing; (5) granting approval of ALCS as the Settlement Administrator; (6) staying all proceedings in this action pending Final Approval; and (7) granting such other and further relief as the Court deems just and proper.

The motion is based on the accompanying memorandum of points and authorities, the pleadings and papers on file herein, and other such matter as may be presented to the Court at the time of the hearing.

Dated:  August 24, 2023

CONSUMER LAW CENTER, INC.

By: _____
☐ Fred W. Schwinn (SBN 225575)
☐ Raeon R. Roulston (SBN 255622)
☐ Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
38 West Santa Clara Street
San Jose, California  95113-1806
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
HARRIET GATCHALIAN