Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
38 West Santa Clara Street
San Jose, California 95113-1806
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
HARRIET GATCHALIAN

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRIET GATCHALIAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC RECOVERY SOLUTIONS, LLC, a New York limited liability company; ZACHARIAH YAHIA AGA, individually and in his official capacity; DNF ASSOCIATES, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:22-cv-04108-JSC<br><br>**DECLARATION OF SCOTT C. MAURER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION**<br><br>[Fed. R. Civ. P. 23]<br><br>Hearing Date:    September 28, 2023<br>Hearing Time:    10:00 a.m.<br>Hearing Judge:    Jacqueline Scott Corley<br>Hearing Courtroom:    8, 19th floor<br>Hearing Location:    450 Golden Gate Avenue<br>    San Francisco, California |

I, Scott C. Maurer, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and an Associate Clinical Professor of Law and supervise the consumer law program at proposed *cy pres* recipient, the Katharine & George Alexander Community Law Center ("Alexander Community Law Center").

---

2. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

3. I make this Declaration in support of the <u>Motion for Preliminary Approval of Class Action Settlement and Provisional Class Certification</u> filed herein

4. The Alexander Community Law Center is the civil clinical program for Santa Clara School of Law and a unit of Santa Clara University, a non-profit 501(c)(3) educational institution.

5. The Alexander Community Law Center was founded in 1994. Its mission is to educate law students in accordance with the highest professional and ethical standards by serving individuals and communities in need with competence, conscience, and compassion through *pro bono* legal representation and education. The majority of the Alexander Community Law Center's clients are low-income (less than 200% of federal poverty income guidelines). More information about the Alexander Community Law Center is available at http://law.scu.edu/kgaclc/

6. The Alexander Community Law Center has held regular advice clinics for the benefit of low-income individuals with consumer and/or debt issues since 1998. Since January of 2018 the Center has held weekly advice clinics at the Santa Clara County Superior Court. To date, the courthouse clinic has assisted approximately 16 consumers per month and we expect to serve at least 175 consumers per year through the courthouse clinic alone. The most common issues for courthouse clinic clients relate to collection activity by debt buyers.

7. The Alexander Community Law Center also provides full representation to consumers. In 2022, students working in the consumer law program helped their clients save over $100,000 and helped them recover over $65,000.

8. The Alexander Community Law Center has previously been approved as an appropriate *cy pres* recipient in a number of consumer class actions including but not limited to:

- *Miller v. Weltman, Weinberg, & Reis Co., LPA*, Alameda County No. 22CV010534;

- *Lovecchio v. Oliphant Financial, LLC*, Santa Clara County No. 20CV362216;

- *Timlick v. NCB Management Services, Inc.*, Lake County No. CV416919;

- *Pajarit v. Grassy Sprain Group, Inc.*, San Mateo County No. 18CIV05015;

- *Lock v. Global Credit & Collection Corporation*, Santa Clara County No. 2015-1-CV-283297;

- *Newsom v. Cavalry SPV I, LLC*, Santa Clara County No. 16CV299973;

- *Corso v. M.L. Zager, P.C.*, Santa Clara County No. 16CV298607;

- *Atlantic Credit & Finance Special Finance Unit III, LLC v. Nevarez*, Santa Cruz County No. CIS-CV-182328;

- *Davis v. Cavalry SPV I, LLC*, Santa Clara County No. 16CV301730;

- *Newton v. American Debt Services Fund*, Northern District of California No. 3:11-cv-03228;

- *Gonzales v. Arrow Financial Services, LLC*, Southern District of California No. 05cv0171; and

- *Ford Motor Credit Co. Rees-Levering Act Cases*, Santa Clara County No. JCCP 4660.

9. Pursuant to Code of Civil Procedure § 382.4, and this Court's <u>Procedural Guidance for Class Action Settlements</u>, I can state that neither I nor the Alexander Community Law Center have any financial or other relationship to Consumer Law Center, Inc., or its attorneys Fred W. Schwinn, Raeon R. Roulston, and Matthew C. Salmonsen.

Executed this 24th day of August, 2023, at San Jose, California.

_____
Scott C. Maurer, Esq.