Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
38 West Santa Clara Street
San Jose, California 95113-1806
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
HARRIET GATCHALIAN

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRIET GATCHALIAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC RECOVERY SOLUTIONS, LLC, a New York limited liability company; ZACHARIAH YAHIA AGA, individually and in his official capacity; DNF ASSOCIATES, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:22-cv-04108-JSC<br><br>**NOTICE OF HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**[Fed. R. Civ. P. 23]**<br><br>Hearing Date:     March 14, 2024<br>Hearing Time:     9:00 a.m.<br>Hearing Judge:    Jacqueline Scott Corley<br>Hearing Courtroom: 8, 19th Floor<br>Hearing Location: 450 Golden Gate Avenue<br>                  San Francisco, California |

TO ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 14, 2024, at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Jacqueline Scott Corley, in Courtroom 8 of the United States District Court, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiff and Class Representative, HARRIET GATCHALIAN, will and hereby does move this Court for an order granting final approval of the parties' settlement.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Points & Authorities, the accompanying Declarations filed herewith, the <u>Class Action Settlement Agreement</u> and

all exhibits thereto, upon all of the records on file in this action, and upon such other and further evidence or argument that the Court may permit at the hearing on this matter.

Dated: February 8, 2024

CONSUMER LAW CENTER, INC.

By: /s/ Raeon R. Roulston
☐ Fred W. Schwinn (SBN 225575)
☐ Raeon R. Roulston (SBN 255622)
☐ Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
38 West Santa Clara Street
San Jose, California 95113-1806
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
HARRIET GATCHALIAN