UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIET GATCHALIAN,<br><br>    Plaintiff,<br>v.<br><br>ATLANTIC RECOVERY SOLUTIONS, LLC, et al.,<br><br><br>    Defendant. | CASE NO.: 22-cv-04108-JSC |

## DECLARATION OF AMERICAN LEGAL CLAIM SERVICES, LLC REGARDING DUE DILIGENCE IN SUPPLEMENTAL NOTICING

I, Mark Unkefer, declare as follows:

1. I am a competent adult, over the age of eighteen, and this declaration is based on my personal knowledge.

2. I am a Case Manager for American Legal Claim Services, LLC ("ALCS").

3. **Supplemental Class Notice:** On April 4, 2024, ALCS mailed the Proposed Notice to address the Courts's concerns and provide the necessary notice to the class ("Notice"), substantially in the form approved by the Court (attached hereto as Exhibit A), to 248 class members.

4. **Returned Mail Handling:** ALCS processed all Notices returned by USPS. A minority of the return mail included an updated address provided by USPS ("FOE"). For these, the class member addresses were updated, and the Notice was re-mailed to the updated address provided. The remainder of the mail returned by USPS did not contain an updated address ("UAA"). For these, ALCS conducted address searches using a nationally recognized location service to attempt to locate new addresses for these class members. Of the 248 Initial Notices mailed, 22 were returned by USPS as of the date of this declaration. Of those 22 returned, 8 were remailed to updated addresses. None of those remails were returned by USPS as of the date of this declaration. 14 Notices were deemed undeliverable.

5. **Noticing Campaign Summary:** The following is a summary of the noticing, as of the date of this Declaration:

   - Total Class Members: 248
   - Notices mailed via USPS: 248
   - Notices returned by USPS: 22
   - Notices remailed via USPS: 8
   - Remailed Notices returned by USPS: 0
   - Notices deemed undeliverable: 14
   - Percentage of Notices deemed delivered: **94.35%**

6. **Exclusions:** As of the date of this declaration, ALCS has not received any exclusion requests for this case.

7. **Objections:** The Notice instructed those who wish to object to the proposed settlement to mail a written objection to the Court. It further states that objections must be postmarked no later than May 4, 2024. As of the date of this declaration, ALCS is not aware of any objections to the proposed settlement.

8. **Website:** ALCS maintained a case website www.gatchaliansettlement.com that provided further information as stated in the Notice. The website contained sections for important Court documents, key dates, and answers to frequently asked questions. Class members also had an opportunity to update their address.

I declare under penalty of perjury pursuant to the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge. Executed on May 2, 2024, in Jacksonville, Florida.

*[Signature]*
Mark Unkefer

2

# Exhibit A

single postcard (6 x 4.25 inch) template

front

Gatchalian v. Atlantic Recovery Solutions
PO Box 23650
Jacksonville, FL 32241-3650
Return Service Requested

PRST-STD
U.S. POSTAGE
PAID
JACKSONVILLE, FL
PERMIT NO. XXX



Postal Service: Please do not mark barcode

«fname» «lname»
«addrline1»
«addrcity», «addrstate» «addrzip»
«country»

A COURT AUTHORIZED THIS LEGAL NOTICE

*Gatchalian v. Atlantic Recovery Solutions, LLC, et al.*
Case No. 3:22-cv-04108-JSC

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Please see reverse side for an important update regarding the settlement in this case.

back

## INTRODUCTION

As a Class Member, you previously received a Notice outlining the terms of the settlement in this case. For more information about the case and the settlement, you may visit the website maintained by the Settlement Administrator, at: **gatchaliansettlement.com**

## UPDATE

In granting preliminary approval of the parties' settlement, the Court required that the settlement website list key deadlines and provide links to important case documents such as the Notice, preliminary approval order, motions for preliminary and final approval, and attorneys' fees. Unfortunately, some of the required documents were inadvertently not uploaded to the website. As such, the Court has found that the Class was not given adequate notice of the motions for final approval, or Class Counsel's attorney fees and costs.

## YOUR RIGHTS AND OPTIONS

You have the right to object to this settlement in whole or in part, including, but not limited to, Class Counsel's request for attorney fees and costs, and Plaintiff's request for a service award. Class Counsel's attorney fees and costs are separate from, and are in addition to, the payments to Plaintiff and the Class Members. Plaintiff and Class Counsel have filed Motions seeking final approval, attorney fees and costs, and a service award. These Motion documents are now available at: **gatchaliansettlement.com**

If you wish to object to any part of the settlement, you must mail a written notice of objection to the Court, postmarked no later than **May 4, 2024**. Alternatively, you may appear at a final Fairness Hearing on **May 9, 2024, at 9:00 a.m.**, and object orally without providing any written objection to the Court.

A written objection must include the case name and case number for this action, along with your (a) full name, (b) address, (c) telephone number, (d) a statement of each objection, (e) a description of the facts and law underlying each objection, (f) a statement noting if you intend to appear at the Fairness Hearing, (g) a list of all witnesses that you intend to call by live testimony, deposition testimony, or affidavit or declaration testimony, and (h) a list of exhibits that you intend to present at the final Fairness Hearing.

The Motions for final approval, attorney fees and costs, and a service award can be found at: **gatchaliansettlement.com**.

**PLEASE DO NOT CALL THE COURT.**

Notice ID: <<noticeid>>   PIN: <<PIN>>